IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                :
CHRISTOPHER R. BRENNAN    :    CHAPTER 13
    Debtor                    :
                                      :    CASE NO. 1:23-bk-01782HWV
                                      :

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, comes Debtor, Christopher R. Brennan, by and through his attorney, Law Offices of Craig A. Diehl, answering the Motion for Relief from Automatic Stay as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor mailed a check on Monday, December 11, 2023 for four (4) months of mortgage payments. Debtor has been suffering from medical issues.

7. Admitted.

8. Denied. Strict proof thereof is requested at trial.

9. Denied. Debtor has mailed a check to bring the account current.

10. Admitted.

11. Admitted.

WHEREFORE, Debtor, Christopher R. Brennan, respectfully requests denial of Movant's Motion for Relief from Automatic Stay and such further relief that is just and equitable.

Respectfully Submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: December 11, 2023         By: /s/Craig A. Diehl, Esq., CPA
                                                                      Craig A. Diehl, Esquire, CPA
                                                                      3464 Trindle Road
                                                                      Camp Hill, PA 7011
                                                                      (717) 763-7613
                                                                      Attorney for Debtor