IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    CHRISTOPHER R. BRENNAN : | CASE NO. 1:23-bk-01782HWV |
|        Debtor, : | |
| : | CHAPTER 13 |
| : | |
| NATIONSTAR MORTGAGE LLC : | |
|        Movant, : | |
| : | |
|        vs. : | 11 U.S.C. § 362 |
| : | |
| CHRISTOPHER R. BRENNAN : | |
|        Debtor/Respondent, : | |
| : | |
| JACK N. ZAHAROPOULOS, TRUSTEE : | |
|        Additional Respondent. : | |

## ANSWER TO MOTION OF NATIONASTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATICE STAY UNDER SECTION § 362 (d)

AND NOW, COMES DEBTOR, Christopher R. Brennan, by and through his undersigned counsel, answering the Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Debtor is without knowledge to ascertain the occurring of the averment and strict proof thereof is demanded at trial.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied. Proof thereof is requested at trial.

9. Denied. Proof thereof is requested at trial.

10. Denied. Debtor is without knowledge to ascertain the accuracy of the mortgage payoff amount.

11. Denied. Debtor desires to retain his home and shall catch up on any delinquent payments. Any default is a de minimis amount as there is sufficient equity such that Movant is not immediately and irreparably harmed.

WHEREFORE, Debtor respectfully requests dismissal of the Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay.

Respectfully Submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: March 13, 2024

By: /s/Craig A. Diehl, Esq., CPA
Craig A. Diehl, Esquire, CPA
3464 Trindle Road
Camp Hill, PA 7011
(717) 763-7613
Attorney for Debtor