IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    CHRISTOPHER R. BRENNAN | : | CHAPTER 13 |
|          Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | CASE NO. 1:23-bk-01782HWV |
| CHAPTER 13 TRUSTEE | : | |
|          Movant | : | |
| | : | |
|          vs. | : | |
| | : | |
| CHRISTOPHER R. BRENNAN | : | |
|          Respondent | : | |

## ANSWER TO TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, COMES DEBTOR, Christopher R. Brennan, by and through his undersigned counsel, answering the Trustee's Motion to Dismiss case as follows:

1. Debtor desires to remain in Chapter 13 and shall make the delinquent payments prior to the scheduled hearing date.

WHEREFORE, Debtor, Chritopher R. Brennan, respectfully requests dismissal of the Trustee's Motion to Dismiss Case.

                                        Respectfully Submitted,

                                        LAW OFFICES OF CRAIG A. DIEHL

Date: March 13, 2024               By: /s/Craig A. Diehl, Esq., CPA
                                                  Craig A. Diehl, Esquire, CPA
                                                  3464 Trindle Road
                                                  Camp Hill, PA 7011
                                                  (717) 763-7613
                                                  Attorney for Debtor