IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher R. Brennan<br>　　Debtor,<br><br>Nationstar Mortgage LLC<br>　　Movant.<br>v.<br><br>Christopher R. Brennan<br>　　Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:23-bk-01782-HWV<br><br>CHAPTER 13 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: Plaintiff's Attorney will be out on vacation. In addition, more time is needed to review payments and complete and circulate a potential Stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 18, 2024　　　　　　　　　　　　By: /s/ Christopher A. DeNardo
　　　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　　　Heather Riloff - 309906
　　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　　985 Old Eagle School Road, Suite 514
　　　　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　　　　logsecf@logs.com

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.