IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    CHRISTOPHER R. BRENNAN | : | CASE NO. 1:23-bk-01782HWV |
|       Debtor, | : | |
| | : | CHAPTER 13 |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
|       Movant, | : | |
| | : | |
|    vs. | : | 11 U.S.C. § 362 |
| | : | |
| CHRISTOPHER R. BRENNAN | : | |
|       Debtor, | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
|       Trustee | : | |

## ANSWER TO MOTION OF NATIONASTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATICE STAY

AND NOW COMES DEBTOR, Christopher R. Brennan, by and through his undersigned counsel, answering Nationstar Mortgage LLC's Motion for Relief from Automatic Stay as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Strict proof of non-payment for the months of June-August, 2024 is requested at trial.

7. Denied. Strict proof of the alleged balance owed is requested at trial.

8. Denied. Debtor is unsure of the mortgage payoff amount.

9. Denied. Debtor intends to retain his residence, and if he is delinquent on payments, shall pay to bring the account current.

10. Denied. Lender is entitled to reasonable legal fees to protect its security.

11. Denied. The terms of the mortgage speak for itself.

WHEREFORE, Debtor, Christopher R. Brennan, respectfully requests denial of the Motion for Relief from Automatic Stay.

Respectfully Submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: September 18, 2024

By: /s/Craig A. Diehl, Esq., CPA
Craig A. Diehl, Esquire, CPA
3464 Trindle Road
Camp Hill, PA 7011
(717) 763-7613
Attorney for Debtor