United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 23-01782-HWV

Christopher R. Brennan                                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2

Date Rcvd: Mar 20, 2025                      Form ID: ordsmiss                      Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher R. Brennan, 270 Morris Road, Fawn Grove, PA 17321-9436 |
| 5558770 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5558768 | | EDI: IRS.COM | Mar 20 2025 22:40:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5569218 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5558769 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 5558771 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 18:47:35 | Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5561097 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 18:47:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5558772 | + | Email/Text: kcm@yatb.com | Mar 20 2025 18:39:00 | York Adams Tax Bureau, 1415 North Duke Street, York, PA 17404 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5561098 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Brent J Lemon

    on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com

Christopher A DeNardo

    on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com  cistewart@logs.com

Craig A. Diehl

    on behalf of Debtor 1 Christopher R. Brennan cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com

Denise E. Carlon

    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos

    TWecf@pamd13trustee.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher R. Brennan,             Chapter      13

     **Debtor 1**

Case No.      1:23−bk−01782−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 20, 2025

ordsmiss (05/18)